UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Akua Konadu
6000 Breezewood Drive Apt 301
Greenbelt, MD 20770,

*Plaintiff.*

v.

Connie Nolan, Associate Director
Service Center Operations Directorate
U.S. Citizenship and Immigration Services
2200 Crystal Drive Mail Stop 2425
Arlington VA 22202,

Joseph Benjamin Edlow, Director
U.S. Citizenship and Immigration Services
20 Massachusetts Avenue NW
Washington D.C. 20529,

Kristi Noem, Secretary
U.S. Department of Homeland Security
2707 Martin Luther King Jr., Ave., SE
Washington, DC 20528-0485,

*Defendants.*

NO: 1:25-cv-2430

## COMPLAINT AND PETITION FOR HEARING ON FORM, I-130, PETITION FOR ALIEN RELATIVE

The Plaintiff, Akua Konadu (hereinafter "Plaintiff"), through undersigned counsel, files the instant action pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1361, and alleges:

1

## I.   INTRODUCTION

1. Plaintiff, Akua Konadu, a citizen of the United States, brings this mandamus action to compel Defendants to complete adjudication of her Forms I-130, Petition for Alien Relative (Receipt No.: IOE0918869791, IOE0918869792, and IOE0918869793) which have been pending since January 6, 2023 for Plaintiff's three children: Olamide Ajisegiri, Demilade Ajisegiri, and Oluwadamilola Ajisegiri (hereinafter "Plaintiff's children").

2. Plaintiff therefore files this lawsuit in order to ensure the I-130, Petition for Alien Relative, filed on behalf of her children, is promptly adjudicated, in order to ensure that Olamide, Demilade, and Oluwadamilola Ajisegiri can obtain an immigrant visa based on the I-130 petition.

## II.   JURISDICTION AND VENUE

1. This action arises under 28 U.S.C. § 1331 (federal question jurisdiction), and 28 U.S.C. § 1361 (mandamus action to compel an officer of the United States to perform his duty).

2. Under 28 U.S.C. § 1361, "the district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff."

3. Jurisdiction is also conferred pursuant to 5 U.S.C. §§ 555(b) of the Administrative Procedures Act ("APA"). The APA requires USCIS to carry out its duties within a reasonable amount of time. 5 U.S.C. § 555(b) provides that "with due regard for the convenience and necessity of the parties or their representatives and *within a reasonable time*, each agency *shall* proceed to conclude a matter presented to it." *Id.*

4. If the agency fails to render a decision within a reasonable time, the Court has the power to compel the agency to do so. 5 U.S.C. § 706(1) (conferring power on the U.S. District

Courts to compel agencies to perform actions "unlawfully withheld or unreasonably delayed").

5. Venue is conferred pursuant to 28 U.S.C. § 1391(e)(1), which states, "a civil action in which a defendant is an officer or employee of the United States or an agency thereof acting in his official capacity or under color of legal authority, or an agency of the United States, or the United States, may, except as otherwise provided by law, be brought in any judicial district in which (A) a defendant in the action resides, (B) a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (C) the plaintiff resides if no real property is involved in the action. *See* 28 U.S.C. § 1391(e)(1).

6. Here, venue is proper in the District Court for the District of Maryland pursuant to 28 U.S.C. § 1391(e)(1)(c), because this is an action against officers and agencies of the United States in their official capacities, brought in the district court where the Plaintiff resides, and no real property is involved. Plaintiff resides at 6000 Breezewood Drive Apt 301, Greenbelt, MD 20770.

### III. PARTIES

7. Plaintiff, Akua Konadu, is a resident of Maryland. Her address is 6000 Breezewood Drive Apt 301, Greenbelt, MD 20770. Plaintiff filed an I-130 Petition on behalf of her children. The petition remains pending as of January 6, 2023. Plaintiff falls within the "zone of interest" as described in *Giddings v. Chandler*, 979 F.2d 1104, 1108 (5th Cir. 1992) as her interests are the interests being protected by the petitions that have been filed. The purpose of I-130, Petition for Alien Relative, is to prevent family separation and allow for family members to petition for their family members abroad. Plaintiff's family would be separated

for an even longer period than they already have if the I-130, Petitions for Alien Relative, for her children are not approved expeditiously.

8. Defendant, Connie Nolan, is the Associate Director of the Service Center Operations Directorate (SCOPS) of USCIS, in which she oversees activities at the USCIS Vermont Service Center. Her address is 2200 Crystal Drive Mail Stop 2425 Arlington VA 22202.

9. Defendant, John Benjamin Edlow, is sued in his official capacity as the Director of U.S. Citizenship and Immigration Services, a component agency within the U.S. Department of Homeland Security. He is charged with administering the services and benefits functions of the immigration laws of the United States. His Address is 20 Massachusetts Avenue NW, Washington DC 20529.

10. Defendant, Kristi Noem, is sued in her official capacity as the Secretary of the Department of Homeland Security (DHS). In this capacity, she is responsible for the administration and enforcement of the immigration and naturalization laws. 8 U.S.C. § 1103(a). Her address is U.S. Department of Homeland Security, 2707 Martin Luther King Jr. Ave., SE Washington, DC 20528.

## IV.   LEGAL BACKGROUND

11. The Immigration and Nationality Act ("INA") provides, in general, for the admission, expulsion, regulation and naturalization of noncitizens. 8 U.S.C. § 1101 et seq.

12. Title VIII § 205.1 allows for immediate relatives to file for their alien family members. Specifically:

> A citizen or lawful permanent resident of the United States petitioning under section 204(a)(1)(A)(i) or 204(a)(1)(B)(i) of the Act for qualifying relative's classification as an immediate relative under section 201(b) or

the Act or as a preference immigrant under section 203(a) of the Act must file Form I-130, Petition for Alien Relative.

13. Immediate relatives, for which an immigrant visa (a.k.a. Lawful Permanent Resident card) is immediate available are children, spouses, and parents of a citizen of the United States, except that, in the case of parents, such citizens shall be at least 21 years of age. 8 U.S.C. § 1151(b)(2)(A)(i).

14. If USCIS fails to make a determination within a reasonable amount of time after the application was filed, the applicant is entitled to action on this long-pending application and the Court has power under 5 U.S.C. § 706(1) to compel USCIS to take action. 5 U.S.C. § 706(1) (conferring power to the U.S. District Courts to compel agencies to perform "action unlawfully withheld or unreasonable delayed.").

## FACTS

15. Plaintiff is a citizen of the United States and resident of Maryland.

16. Plaintiff became a step-mother to Olamide, Demilade, and Oluwadamilola Ajisegiri when she married their father, Olasupo Ajisegiri, on January 4, 2021.

17. On January 3, 2023, Plaintiff properly filed Form I-130, Petition for Alien Relative, for her three step-children. The receipt numbers for the petitions are IOE0918869791, IOE0918869792, and IOE0918869793.

18. As of January 6, 2023, this petition remains pending and Defendants have had no communication with Plaintiff.

19. Plaintiff has exhausted all administrative remedies and there are no further administrative acts which Plaintiff can take to obtain benefits to which she is entitled.

## V.    DAMAGES

20. If Defendants do not adjudicate Plaintiff's Form I-130, Plaintiff's family will have to endure further separation. Plaintiff's children will have a longer wait for their immigrant visa. This scenario would cause hardship to the Plaintiff as it would cause separation from her children.

21. Plaintiff has been unreasonably delayed in making plans for the future, because she is unsure if the I-130 will be approved and if her children will be eligible for an immigrant visa. This has delayed their family, financial, and travel planning unreasonably.

22. The delay is causing emotional distress and anxiety regarding the future, because of the lack of certainty regarding her children's immigration process. Further, the longer the process takes, the higher the burden of maintaining two households, as the children are overseas. Traveling back and forth is also a financial strain on the family, and as time passes they are forced to add to that strain.

## VI.    CLAIMS

25. The allegations contained in paragraphs 1 through 10 and 15 through 22 above are repeated and realleged as though fully set forth herein.

26. The Defendants' failure to make a decision on Plaintiff's I-130 petition is a violation of the statutory duty under 5 U.S.C. § 555(b), which requires a final decision to be made within a reasonable time after the petition is filed.

27. The Plaintiff is entitled to action on this pending petition and an unreasonable amount of time has passed since the petition was filed. Defendants have failed to carry out the adjudicative and administrative functions delegated to them by law, to the ongoing harm and prejudice of the Plaintiff.

## PRAYER

**WHEREFORE**, Plaintiff prays that this Court:

1. Compel the Defendants to take all appropriate action to adjudicate the I-130 petition without further delay; and

2. Grant such other and further relief as this Court deems proper.

Respectfully Submitted,

_____

**Raymond O. Griffith, Esq.**
Griffith Immigration Law, P.A.
300 East Lombard Street, Suite 1030
Baltimore, Maryland 21201
Tel.: (410) 244-5005
*Attorney for the Plaintiff*

**CERTIFICATE OF SERVICE**

I, Raymond O. Griffith, hereby certify that on this 24th day of July, 2025, I electronically filed the foregoing Complaint with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys on record registered with the CM/ECF system. All other parties shall be served in accordance with the Federal Rules of Civil Procedure.

Connie Nolan, Associate Director
Service Center Operations Directorate
U.S. Citizenship and Immigration Services
2200 Crystal Drive Mail Stop 2425
Arlington VA 22202

Joseph Benjamin Edlow Director
U.S. Citizenship and Immigration Services
20 Massachusetts Avenue NW
Washington D.C. 20529

Kelly O. Hayes c/o:
U.S. Attorney's Office District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201

Pamela Bondi c/o:
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Kristi Noem c/o:
Office of General Counsel
2707 Martin Luther King Jr., Ave., SE
Washington, DC 20528-0485

Raymond O. Griffith, Esq.

7/24/2025
Date